ROBERT AMADOR, ESQ. (State Bar #269168)
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, California 93004
Telephone: (888)308-1119 ext. 11
Facsimile: (888)535-8267

Attorney for Plaintiff Jorge Flores

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| JORGE FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>TACS III, LLC;<br>DAVID MICHAEL CARR; and<br>DOE 1-5,<br><br>    Defendants. | Case No. 17-cv-02031-JSC<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that plaintiff JORGE FLORES and defendants TACS III, LLC and DAVID MICHAEL CARR have reached a settlement in the above-captioned case. Plaintiff expects the structured settlement to be consummated by December 18, 2017, at which time Plaintiff expects to file a Dismissal of the entire action.

October 5, 2017

                        <u>s/ Robert Amador</u>
                        ROBERT AMADOR, ESQ. (CA Bar #269168)
                        Attorney for Plaintiff JORGE FLORES
                        Centennial Law Offices
                        9452 Telephone Rd. 156

Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I certify that on this date, October 5, 2017, I caused a copy of the foregoing REQUEST FOR ENTRY OF DEFAULT to be mailed, First Class U.S. Mail, to the following parties:

DAVID MICHAEL CARR
3145 Geary Blvd., Box 749
San Francisco, CA. 94118

DAVID MICHAEL CARR
305 W Broadway, Box 114
New York, NY 10013

TACS III, LLC
3145 Geary Blvd., Box 749
San Francisco, CA. 94118

       s/ Robert Amador
ROBERT AMADOR, ESQ. (CA Bar #269168)
Attorney for Plaintiff JORGE FLORES
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
 (888)535-8267 fax
R.Amador@centenniallawoffices.com