ROBERT AMADOR, ESQ. (State Bar #269168)
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, California 93004
Telephone: (888)308-1119 ext. 11
Facsimile: (888)535-8267

Attorney for Plaintiff Jorge Flores

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND  DIVISION**

|  |  |
|---|---|
| **JORGE FLORES,** | Case No. 17-cv-02031-JSC |
| Plaintiff, |  |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| TACS III, LLC;<br>DAVID MICHAEL CARR; and<br>DOE 1-5, |  |
| Defendants. |  |

   NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

   December 18, 2017

                                                  s/ Robert Amador
                                                  ROBERT AMADOR, ESQ. (CA Bar #269168)
                                                  Attorney for Plaintiff JORGE FLORES
                                                  Centennial Law Offices
                                                  9452 Telephone Rd. 156
                                                  Ventura, CA. 93004
                                                  (888)308-1119 ext. 11
                                                  (888)535-8267 fax
                                                  R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on this date, December 18, 2017, I caused a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to be mailed, First Class U.S. Mail, to the following party:

DAVID MICHAEL CARR
3145 Geary Blvd., Box 749
San Francisco, CA. 94118

DAVID MICHAEL CARR
305 W Broadway, Box 114
New York, NY 10013

    s/ Robert Amador
ROBERT AMADOR, ESQ. (CA Bar #269168)
Attorney for Plaintiff JORGE FLORES
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com